UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN REID,<br><br>    Plaintiff,<br><br>    v.<br><br>CIGNA LIFE INSURANCE COMPANY OF NEW YORK,<br><br>    Defendant. | Case No.  12-cv-06230-JST<br><br>**MINUTE ORDER IN RESPONSE TO STIPULATION AND PROPOSED ORDER SELECTING ADR PROCESS**<br><br>Re: Dkt. No. 15. |

The Court has before it the parties' Stipulation and Proposed Order Selecting ADR Process.  Dkt. No. 5.  The parties are to be commended for proactively addressing the subject of alternative dispute resolution ("ADR").  The Court notes, however, that the parties have not yet selected an ADR neutral.  In the Court's experience, the timely selection of a neutral is the surest guaranty of compliance with an ADR deadline, and it is the Court's practice to set deadlines for both in tandem.

With that in mind, the court orders the parties to submit a revised stipulation and proposed order by April 1, 2013, identifying both a mutually agreeable neutral and an ADR deadline of August 23, 2013 or earlier.

The Court is currently reviewing the parties' case management statement, and looks forward to scheduling a case management conference with the parties.  Dkt. No. 4.

    **IT IS SO ORDERED**.

Dated:  February 28, 2013

                                                       _____<br>
                                                       Jon S. Tigar<br>
                                                       United States District Judge