UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN REID,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CIGNA LIFE INSURANCE COMPANY OF NEW YORK,<br><br>　　　　Defendant. | Case No.  12-cv-06230-JST<br><br>**ORDER ADOPTING PARTIES' STIPULATION SELECTING ADR PROCESS**<br><br>Re: Dkt. No. 17. |

Before the Court is the parties' Stipulation and Proposed Order Selecting ADR Process. Dkt. No. 17.  In it, the parties agree to conduct private mediation before Mariam Zadeh of First Mediation by August 23, 2013.  The court adopts the parties' stipulation.

**IT IS SO ORDERED**.

Dated: March 5, 2013

_____
Jon S. Tigar
United States District Judge