United States District Court
Northern District of California

1
2
3
4      UNITED STATES DISTRICT COURT
5      NORTHERN DISTRICT OF CALIFORNIA
6
7  STEPHEN REID,                              Case No. 12-cv-06230-JST
             Plaintiff,
8
       v.
9                                             **ORDER RE-SETTING DEADLINE FOR COMPLETING INITIAL DISCLOSURES**
10  CIGNA LIFE INSURANCE COMPANY OF NEW YORK,
                                              Re: Dkt. No.: 14.
11           Defendant.
12
13     As requested by the parties in their joint case management statement, the Court hereby sets
14  April 5, 2013 as the deadline to complete initial disclosures. Dkt. No. 14. The Court expects to
15  set other deadlines in the case after conducting a case management conference.
16     **IT IS SO ORDERED**.
17  Dated: March 7, 2013
18                                            _____
19                                            Jon S. Tigar
                                              United States District Judge