United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN REID,<br><br>    Plaintiff,<br><br>    v.<br><br>CIGNA LIFE INSURANCE COMPANY<br>OF NEW YORK,<br><br>    Defendant. | Case No.  12-cv-06230-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 27 |

The parties have filed a stipulation of dismissal dated September 9, 2013, stating that they have resolved this matter and agree to the voluntary dismissal of all claims.  ECF No. 27.  Since the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This case has been dismissed with prejudice.  The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: September 9, 2013

_____
JON S. TIGAR
United States District Judge